IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 24-cv-00968-GPG-STV | Date:   July 17, 2024 |
| Courtroom Deputy: Monique Ortiz | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

EZAMIKA BROWN                                              Pro Se (by phone)

    Plaintiff,

v.

MARQUEZ,                                                          Gregory Rojas Bueno
JUAREZ,
MARK FAIRBAIRN,
LORENZO TOBIN,
LINDSAY GOUTY,
LISA, and
RAMONA

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   11:48a.m.**
Court calls case.  Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Limitation on Deposition:  Defendants propose that the parties may take a maximum of **seven (7)** depositions each, inclusive of the parties themselves, and a maximum of one (1) deposition per expert witness (if any).
Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admission.
Deadline for Joinder of Parties/Amendment of Pleadings:  **September 20,2024**
Discovery Cut-off:   **January 20, 2025**
Dispositive Motions Deadline:  **February 28, 2025**
Each side shall be limited to **two (2)** retained experts, plus any treating health care providers, absent leave of court.
Parties shall designate affirmative experts **on or before October 22, 2024**.
Parties shall designate rebuttal experts **on or before December 2, 2024**.

**FINAL PRETRIAL CONFERENCE**: If no summary judgment motions are filed, the parties shall contact Judge Gallagher's chambers jointly via email within ten days after the dispositive motions deadline to set a Final Pretrial Conference. If dispositive motions are filed, parties shall contact Judge Gallagher's chambers jointly via email within thirty days after the Court has issued a ruling (assuming the case survives a motion for summary judgment) to set a Final Pretrial Conference.

The court advises counsel to review Judge Gallagher's Practice Standards as well as this court's Practice Standards especially for the manner in which this court addresses discovery disputes.

The Scheduling Order is signed and entered on July 17, 2024.

The Courtroom Deputy will mail the Plaintiff a copy of this court's Practice Standards as well as a copy of Judge Gallagher's Practice Standards.

Hearing concluded.

**Court in recess:**      **11:57 a.m.**
Total time in court:      00:09

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.