IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 24-cv-00968-GPG-STV | Date:   December 2, 2024 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| EZAMIKA BROWN | Pro Se (by phone) |
|    Plaintiffs, | |
| v. | |
| MARQUEZ,<br>JUAREZ,<br>MARK FAIRBAIRN,<br>LORENZO TOBIN,<br>LINDSAY GOUTY,<br>LISA, and<br>RAMONA | Gregory Rojas Bueno |
|    Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:   9:33 a.m.**
Court calls case.  Appearances of counsel and Pro Se Plaintiff, Ezamika Brown.

This matter is before the Court regarding the Motion to Dismiss [ECF Doc. No. 29, filed on 6/21/2024].

For the reasons stated on the record, it is:

**ORDERED:**     The Motion to Dismiss [ECF Doc. No. 29] is **DENIED without prejudice**.

Plaintiff shall file an Amended Complaint on or before **January 10, 2025**.

HEARING CONCLUDED.

**Court in recess:**   9:43 a.m.
Total time in court:   00:10

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.