IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 24-cv-00968-GPG-STV | Date:   February 11, 2025 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                           *Counsel:*

EZAMIKA BROWN,                          Pro Se (by phone)

   Plaintiffs,

v.

MARQUEZ, et al.,                              Abigail Leah Smith
                                                 Joshua G. Urquhart

   Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:**      **11:31 a.m.**
Court calls case.  Appearances of counsel and Pro Se Plaintiff, Ezamika Brown.

This matter is before the Court on Plaintiff's Motion for Extension of Time [ECF Doc. No 47, filed on 1/13/2025].

For the reasons stated on the record, it is:

**ORDERED:**   Plaintiff's Motion for Extension of Time [ECF Doc. No 47] is **GRANTED**.

The discovery deadline is extended to **May 19, 2025** and the dispositive motions deadline is extended to **June 20, 2025**.

The Clerk of Court is directed to appoint pro bono counsel to Mr. Brown.

Mr. Brown shall file a Notice providing Nurse Ramona's last name. Defense counsel shall file a Notice to accept service if the defendant is employed with the CDOC or a Notice to inform the Court the defendant is an independent contractor.

A Status Conference is set for **March 20, 2025 at 9:00 a.m.** in Courtroom A 402 before Magistrate Judge Scott T. Varholak.

HEARING CONCLUDED.

**Court in recess:**   **11:44 a.m.**
Total time in court:   00:13

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.