FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 21 2025

JEFFREY P. COLWELL
       CLERK

ORIGINAL

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00968-GPG-STV

Ezamika Brown

      Plaintiff,

v.

Marquez et al

      Defendant.

---

**Plaintiff's Supplemental Motion to Add the Complete Name (Identity) of Nurse Ramona**

---

At all times relevant to the subject matter of this litigation upon information and belief, Defendant Nurse Ramona aka Ramona C. Carpio (Nurse) was an employed by Colorado Department of Corrections (CDOC), acting under the color of state law.

1. Mr. Brown is the Plaintiff in this case. He makes this declaration to inform the court of the identity of Nurse Ramona.

2. Nurse Ramona of this complaint is Ramona C. Carpio. For the remainder of this complaint Nurse Ramona will be referred to as Nurse Ramona C. Carpio (Nurse Ramona).

3. Nurse Ramona and Nurse Lisa were both deliberately indifferent to the Plaintiff's life-threatening medical needs on August 11th, 2023 at AVCF's med-line window.

1

4. Nurse Ramona is familiar with Mr. Brown and the seriousness of his heart condition, as she has on multiple occasions taken Mr. Brown's vitals while checking him into the medical department at AVCF.

5. Nurse Ramona is also familiar with Colorado's Department of Corrections "Cardiology Health Care Services" section on Chest Pains in CDOC's Clinical Standards and Procedures.

6. Nurse Ramona and Nurse Lisa at the minimum requirement by CDOC Clinical Standards were supposed to "carefully screen" Mr. Brown. They (Nurse Ramona and Nurse Lisa) are not allowed to ignore a patients complaints of Chest Pains, Shortness of Breath, and Dizziness and expect to escape liability.

7. For any Medical Professional to completely deny care although presented with recognizable symptoms is a Constitutional Violation under the Eighth Amendment and is Cruel and Unusual Punishment.

8. On that day of August 11th, 2023 at AVCF's med-line window Nurse Ramona and Nurse Lisa violated their "Gatekeeper's Role" by ignoring Mr. Brown's pleas for help, which put Mr. Brown's life in serious harm and near death.

9. As these paragraphs set forth Nurse Ramona is shown to be culpable for her inaction as a Medical Professional, and she was deliberate indifferent to Mr. Brown's life-threatening medical needs, which is a violation of the Eighth Amendment.

Respectfully submitted on this 14th day of February, 2025

Ezamika Brown#116759
Arkansas Valley Correctional Facility
12750 Highway 96 at Lane 13
Ordway, CO 81034
Plaintiff, Pro Se



### CERTIFICATE OF SERVICE

      I certify that I served the foregoing PLAINTIFF'S SUPPLEMENTAL MOTION TO ADD THE COMPLETE NAME (IDENTITY) OF NURSE RAMONA upon all parties herein by depositing copies of the same in the United States mail, first-class postage prepaid, at AVCF LEGAL MAIL, February 14th, 2025 addressed as followed:

ABIGAIL L. SMITH
JOSHHUA G. URQUHART
Assistant Attorney General
Civil Litigation & Employment Law Section
Attorney for CDOC Defendants
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

The Clerk of the Court
United States District Court of the District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

**US POSTAGE** — quadient — FIRST-CLASS MAIL — IMI — $001.77 — 02/18/2025 ZIP 81034 — 043M31221606

Colorado Department of Corrections
Name: EZINNIA BROWN
Register #: 116749
Unit: 2A 3 11
Address: 12750 Hwy 96 at Lane 13
City/State/Zip: Ordway, CO 81034

The Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO. 80294-3589

| AVCF | 2-17-2025 |
|---|---|
| FACILITY | DATE RCV'D |
| Anthony | 33661 AA |
| STAFF LAST NAME | ID# INT |

| 116959 | Baroza Barron | BB |
|---|---|---|
| DOC# | OFFENDER NAME | INT |