IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00968-GPG-STV

EZAMIKA BROWN,

    Plaintiff,

v.

MARQUEZ, SERGEANT,
JUAREZ, CORRECTIONAL OFFICER,
MARK FAIRBAIRN, WARDEN,
LORENZO TOBIN, CAPTAIN,
LINDSAY GOUTY, HEALTH SERVICE ADMINISTRATOR,
NURSE LISA HANKS,
NURSE RAMONA,

    Defendants.

## CDOC DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY REQUESTS

    Defendants Moraima Marquez, Jeremiah Juarez, Mark Fairbairn, Lorenzo Tobin, Lindsay Gouty, and Lisa Hanks (collectively, CDOC Defendants),[1] through the Colorado Attorney General, hereby request an extension of time to respond to Plaintiff's First Set of Written Discovery Requests. In support, CDOC Defendants state as follows:

    1.    Because Plaintiff is a *pro se* prisoner, undersigned counsel was not required to confer with him prior to filing this motion. *See* D.C.COLO.LCivR 7.1(b)(1).

    2.    On February 2, 2025, Plaintiff served his First Set of Written Discovery Requests to CDOC Defendants, which contained interrogatories, requests for production

---

[1] Nurse Ramona has not yet been served and is not currently represented by the Colorado Attorney General's office. ECF No. 10.

of documents, and requests for admission. CDOC Defendants' deadline to respond is March 7, 2025.

3. Pursuant to D.C.COLO.LCivR 6.1(a), CDOC Defendants are respectfully requesting an extension of time of thirty (30) days, up to and including April 7, 2025,[2] to respond to Plaintiff's First Set of Written Discovery Requests.

4. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Court may grant an extension of time for good cause upon motion if the request is made before the original time expires.[3]

5. Good cause exists for this extension of time. On March 5, 2025, undersigned counsel were notified that a potential conflict has arisen regarding their representation of Defendants Marquez and Gouty. An investigation regarding the possible conflict has been initiated, and additional time is necessary to complete that investigation.

6. This is CDOC Defendants' first request for an extension of time to serve responses to Plaintiff's First Set of Written Discovery Requests.

WHEREFORE, CDOC Defendants respectfully request an extension of time of thirty (30) days, up to and including April 7, 2025, to respond to Plaintiff's First Set of Written Discovery Requests directed to them.

---

[2] Thirty days from March 7, 2025 falls on April 6, 2025, which is a Sunday. Consequently, the deadline to respond would be Monday, April 7, 2025. *See* Fed. R. Civ. P. 6(a)(1)(C).

[3] The Uniform Civil Practice Standards of the United States Magistrate Judges require a motion for an extension of time to be filed three (3) days before the deadline. Undersigned counsel apologizes for the delay and respectfully requests relief from this requirement due to the unforeseen potential conflicts regarding Defendants Marquez and Gouty.

Respectfully submitted this 6th day of March, 2025.

                PHILIP J. WEISER
                Attorney General

                *s/ Abigail L. Smith*
                ABIGAIL L. SMITH*
                JOSHUA URQUHART*
                Assistant Attorneys General
                Colorado Department of Law
                *Attorneys for CDOC Defendants*
                1300 Broadway, 10th Floor
                Denver, CO  80203
                Telephone: 720-508-6000
                E-Mail: abigail.smith@coag.gov
                *Attorneys of Record

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within **CDOC DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY REQUESTS** herein by e-filing with the CM/ECF system maintained by the court on March 6, 2025, and by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, on March 6, 2025 addressed as follows:

Ezamika Brown #116759
Arkansas Valley Correctional Facility
12750 Highway 96 at Lane 13
Ordway, CO 81034
*Plaintiff, Pro Se*

*Courtesy copy e-mailed to client Representative:*
Anthony DeCesaro,
Associate Director of Legal Services, CDOC

                *s/ James Mules*