IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00968-GPG-STV

EZAMIKA BROWN,

    Plaintiff,

v.

MARQUEZ,
JUAREZ,
MARK FAIRBAIRN,
LORENZO TOBIN,
LINDSAY GOUTY,
LISA,
RAMONA C. CARPIO,

    Defendants.

---

## NOTICE OF APPOINTMENT OF PRO BONO COUNSEL

---

AS DIRECTED by U.S. District Court Chief Magistrate Judge Scott T. Varholak's February 11, 2025 Order Appointing Pro Bono Counsel, and in accordance with D.C.COLO.LAttyR 15(f) of the U.S. District Court's Local Rules of Practice, the undersigned designated clerk has selected pro bono counsel.

THE CLERK hereby notifies the court and the parties that attorneys Madeline Leibin, Mari Newman, and Andrew McNulty of Newman McNulty, LLC have been selected. Selected counsel and their staff have preliminarily reviewed this case to determine if a conflict exists or other impediment to accepting this case; as it appears there is no such conflict at this time, they have informed the court of their availability. Under D.C.COLO.LAttyR 15(g), appointed

-1-

counsel has sixty days to either enter their appearance in the case or file a Notice Declining Appointment. The Clerk cautions Plaintiff that in the interim, they are responsible for all other scheduled matters by court order or operation of the federal courts' rules of procedure, including appearances at hearings or depositions, and submitting responses to motions, discovery requests, etc.

ACCORDINGLY, the Clerk hereby enters this Notice of Appointment in this case, and will also send a copy of this Notice, the Appointment Order, and a copy of local rule D.C.COLO.LAttyR 15 - Civil Pro Bono Representation to the pro se litigant. A copy of this Notice will also be sent to appointed counsel by the undersigned designated clerk.

Dated at Denver, Colorado this __13th__ day of March 2025.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/*A. Dubois*
A. Dubois
Civil Pro Bono Panel Administrator / Deputy Clerk