IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

Civil Action: 24-cv-00968-GPG-STV  Date:   March 20, 2025
Courtroom Deputy: Sonia Chaplin  FTR – Reporter Deck-Courtroom A402

| *Parties:* | *Counsel:* |
|---|---|
| EZAMIKA BROWN | Madeline Leibin |
| Plaintiffs, | |
| v. | |
| MARQUEZ, et al., | |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**
**Court in session:**   9:12 a.m.
Court calls case.  Appearance of counsel and Mr. Brown. Counsel for Defendants has failed to appear.

This matter is before the Court for a status of the case.

Statements by counsel.

For the reasons stated on the record, it is:

**ORDERED:**   A Status Conference is set for **May 21, 2025 at 10:30 a.m.** in Courtroom A 402 before Magistrate Judge Scott T. Varholak.

Future failures to appear by Defendant's counsel may result in a recommendation of default judgment.

HEARING CONCLUDED.
**Court in recess:**   9:15 a.m.
Total time in court:   00:03

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.

Case No. 1:24-cv-00968-GPG-STV   Document 72   filed 03/20/25   USDC Colorado
pg 2 of 2