IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00968-GPG-STV

EZAMIKA BROWN,

    Plaintiff,

v.

SERGEANT MARQUEZ,
JUAREZ, CORRECTIONAL OFFICER,
MARK FAIRBAIRN, WARDEN,
LORENZO TOBIN, CAPTAIN,
LINDSAY GOUTY, HEALTH SERVICES ADMINISTRATOR,
NURSE LISA HANKS,
NURSE RAMONA C. CARPIO,

    Defendants.

**MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS, VACATE UPCOMING CASE DEADLINES, AND RESCHEDULE STATUS CONFERENCE**

    Defendants Marquez and Gouty, by and through their counsel of record, Katherine M.L. Pratt of Ruegsegger Simons & Stern, LLC, hereby move for an extension of time in which to respond to Plaintiff's written discovery. They further move to vacate upcoming case deadlines and to vacate and reset the status conference currently set for May 21, 2025 at 10:30 a.m. As grounds therefore, they state as follows:

**CERTIFICATE OF CONFERRAL**

    Pursuant to D.C.COLO.LCivR 7.1(b), Defendants are not obligated to confer with Plaintiff, who is a *pro se* prisoner. The undersigned conferred with counsel for Defendants

Juarez, Fairbairn, Tobin, and Hanks[1]. The relief sought herein is unopposed by the remaining Defendants.

## MOTION FOR EXTENSION OF TIME TO RESPOND TO WRITTEN DISCOVERY AND TO VACATE REMAINING CASE DEADLINES AND RE-SET THE STATUS CONFERENCE

1. Defendants Marquez and Gouty, while represented by other counsel, were served with written discovery requests from Plaintiff. The deadline for their respective responses is currently May 7, 2025. The discovery cut-off date is currently May 19, 2025. The dispositive motions deadline is currently June 20, 2025.

2. The undersigned has been recently retained to represent Defendants Marquez and Gouty. Ms. Pratt is in need of additional time to obtain and review documents relevant to the case, to confer with and advise Defendants Marquez and Gouty, and to otherwise familiarize herself with the status of the above-captioned matter which has been ongoing for over a year.

3. Additionally, undersigned counsel must analyze the above-captioned matter to determine what discovery is obligatory or necessary for adequate representation of Defendants Marquez and Gouty, including but not limited to taking depositions, issuing written discovery requests, and issuing initial disclosures. Undersigned counsel will not have adequate time to perform this analysis and any chosen discovery as a result thereof before the May 7, 2025 deadline for her clients' written discovery responses and by the May 19, 2025, discovery cut-off. By extension, undersigned counsel will not have

---

[1] It is the undersigned's understanding that Ms. Carpio is not yet served, and therefore is not yet a represented Defendant in this case.

adequate time between now and June 20, 2025, to evaluate whether a good-faith basis exists to file dispositive motions.

4. Furthermore, the Court granted Plaintiff's request for appointment of *pro bono* counsel. *See* ECF 70. The attorneys of Newman McNulty, LLC may accept appointment as *pro bono* counsel for Plaintiff. The deadline for filing a Notice Declining Appointment is currently May 12, 2025.

5. Accordingly, Defendants Marquez and Gouty hereby move for an additional 30 days in which to respond to Plaintiff's written discovery requests, up to and through June 6, 2025. They further move that all remaining case deadlines be vacated and addressed at a future status conference.

6. This request is not made to cause unnecessary delay and will not prejudice any other party or the Court.

7. By contrast, Defendants Marquez and Gouty would be prejudiced if they are forced to respond to written discovery requests, conduct additional discovery, and evaluate whether a dispositive motion is appropriate.

8. Furthermore, the Court set a status conference for May 21, 2025, at 10:30 a.m. before Magistrate Judge Varholak. *See* ECF 72. This status conference was set prior to undersigned counsel's entry of appearance. *See* ECF 76.

9. Undersigned counsel is set to defend a deposition set by another party in another matter at that time, and is therefore unable to attend.

10. Accordingly, Defendants Marquez and Gouty request that the May 21, 2025, status conference be vacated and reset for a different date and time.

11. Undersigned counsel will contact Magistrate Judge Varholak's chambers and will copy all counsel of record to obtain alternate dates and times that are available on the Court's calendar and in order to minimize inconvenience to other parties.

12. This is the third extension of time sought by Defendants Marquez and Gouty to respond to Plaintiff's written discovery requests, and the first sought through undersigned counsel.

13. Pursuant to D.C.COLO.LCivR. 6.1(c) and as specified in the certificate of service below, undersigned counsel shall provide a copy of the instant motion to Defendants Marquez and Gouty.

WHEREFORE, for good cause shown, Defendants Marquez and Gouty respectfully move this Honorable Court for its Order extending their deadline to respond to Plaintiff's written discovery requests to and through June 6, 2025, vacating all remaining case deadlines to be addressed at a future status conference, and vacating and resetting the status conference currently set for May 21, 2025.

Dated this 17th day of April, 2025.

Respectfully submitted,

*s/Katherine M.L. Pratt*
Katherine M.L. Pratt
Ruegsegger Simons & Stern, LLC
1700 Lincoln St., Suite 4500
Denver, CO 80203
T: 303-575-8061
Email: kpratt@rs3legal.com

**ATTORNEY FOR DEFENDANTS MARQUEZ AND GOUTY**

# CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on April 17, 2025, a true and correct copy of the above and foregoing **MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS, VACATE UPCOMING CASE DEADLINES, AND RESCHEDULE STATUS CONFERENCE** was electronically filed with the Clerk of the United States District Court for the District of Colorado using the CM/ECF system, which will email the following:

Abigail L. Smith
Joshua Urquhart
Assistant Attorneys General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Email: abigail.smith@coag.gov
Email: joshua.urquhart@coag.gov

*Attorneys for Defendants Juarez, Fairbairn, Tobin, Nurse "Lisa," and Carpio*

and was electronically served via email only to the following:

Moriama Marquez
Lindsay Gouty

and was served via U.S. Mail to the following:

Ezamika Brown
# 116759
Arkansas Valley Correctional Facility
12750 Hwy 96 at Lane 13
Ordway, CO 81034

*Plaintiff, pro se*

  *s/Hannah Hibbs*
  Hannah Hibbs, Paralegal