IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00968-GPG-STV

EZAMIKA BROWN,

    Plaintiff,

v.

SERGEANT MARQUEZ,
JUAREZ, CORRECTIONAL OFFICER,
MARK FAIRBAIRN, WARDEN,
LORENZO TOBIN, CAPTAIN,
LINDSAY GOUTY, HEALTH SERVICES ADMINISTRATOR,
NURSE LISA HANKS,
NURSE RAMONA C. CARPIO,

    Defendants.

## MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS

Defendants Marquez, by and through her counsel of record, Katherine M.L. Pratt of Ruegsegger Simons & Stern, LLC, hereby moves for an extension of time in which to respond to Plaintiff's written discovery requests, and states as follows:

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(b), counsel for Defendant Marquez is not obligated to confer with Plaintiff, who is a *pro se* prisoner.

### MOTION

1.    Defendant Marquez, while she was represented by other counsel, was served with written discovery requests from Plaintiff. The deadline for her responses is currently June 6, 2025. *See* ECF No. 79.

2. The undersigned recently withdrew from representing Ms. Gouty and now only represents Ms. Marquez. Ms. Pratt is in need of additional time to continue her review and analysis of documents relevant to the case, to confer with and advise Defendant Marquez, and to continue familiarizing herself with the status of the above-captioned matter which has been ongoing for over a year.

3. Furthermore, the Court granted Plaintiff's request for appointment of *pro bono* counsel. *See* ECF 70. The attorneys of Newman McNulty, LLC may accept appointment as *pro bono* counsel for Plaintiff. The deadline for filing a Notice Declining Appointment is currently June 23, 2025. *See* ECF No. 85. If counsel enters the case, that may alter the status of progression of discovery.

4. Accordingly, Defendant Marquez hereby moves for an additional 30 days in which to respond to Plaintiff's written discovery requests, up to and through July 7, 2025.

5. This request is not made to cause unnecessary delay and will not prejudice any other party or the Court.

6. Good cause exists for the requested extension of time given the issues in the case and the long pendency of this civil action prior to undersigned counsel's involvement.

7. By contrast, Defendant Marquez would be prejudiced if she is forced to respond to written discovery requests at this time.

8. Furthermore, the Court set a status conference for July 8, 2025, at 11:00 a.m. before Magistrate Judge Varholak. *See* ECF 81.

{04922953.DOCX;1 }

9. This is the fourth extension of time sought by Defendant Marquez to respond to Plaintiff's written discovery requests, and the first sought through undersigned counsel.

10. Pursuant to D.C.COLO.LCivR. 6.1(c) and as specified in the certificate of service below, undersigned counsel shall provide a copy of the instant motion to Defendant Marquez.

WHEREFORE, for good cause shown, Defendant Marquez respectfully requests an extension of the deadline to respond to Plaintiff's written discovery requests to and through July 7, 2025.

Dated this 4th day of June, 2025.

Respectfully submitted,

*s/Katherine M.L. Pratt*
Katherine M.L. Pratt
Ruegsegger Simons & Stern, LLC
1700 Lincoln St., Suite 4500
Denver, CO 80203
T: 303-575-8061
Email: kpratt@rs3legal.com

**ATTORNEY FOR DEFENDANT MARQUEZ**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2025, a true and correct copy of the above and foregoing **MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** was electronically filed with the Clerk of the United States District Court for the District of Colorado using the CM/ECF system, which will email the following:

Abigail L. Smith
Joshua Urquhart
Assistant Attorneys General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Email: abigail.smith@coag.gov
Email: joshua.urquhart@coag.gov

*Attorneys for Defendants Juarez, Fairbairn, Tobin, Nurse "Lisa," and Carpio*

and was electronically served via email only to the following:

Moriama Marquez

and was served via U.S. Mail to the following:

Ezamika Brown
# 116759
Arkansas Valley Correctional Facility
12750 Hwy 96 at Lane 13
Ordway, CO 81034

*Plaintiff, pro se*

*s/Hannah Hibbs*
Hannah Hibbs, Paralegal

{04922953.DOCX;1 }